## CAVANAUGH, EXECUTIVE DIRECTOR, SOUTH CAROLINA DEPARTMENT OF PROBATION, PAROLE, AND PARDON SERVICES, ET AL. *v.* ROLLER

No. 92–1510. Argued November 8, 1993—Decided November 30, 1993

*Carl N. Lundberg* argued the cause for petitioners. With him on the briefs were *T. Travis Medlock*, Attorney General of South Carolina, and *Edwin W. Evans*, Chief Deputy Attorney General.

*W. Gaston Fairey*, by appointment of the Court, 509 U. S. 920, argued the cause and filed a brief for respondent.

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.